# UNITED STATES DISTRICT COURT JS-6
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN TARAILE WILLIAMS,<br><br>Petitioner,<br>v.<br><br>JOHN SUTTON, Warden,<br><br>Respondent. | Case No. ED CV 17-00376 RGK (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 29, 2017

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE